# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LTS LOHMANN THERAPIE-SYSTEME AG, | |
| Plaintiff, | |
| v. | Case No. _____ |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff LTS Lohmann Therapie Systeme AG ("Plaintiff"), by and through its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 5(e) and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, to file its Complaint against the above-named Defendants under seal.

Plaintiff's motion is necessitated by the fact that the Complaint may contain confidential information belonging to the Defendants, the public disclosure of which may be prohibited by agreement, court order or otherwise.

Defendants have not yet been served with this Complaint, they have not had the opportunity to review its allegations and to meet and confer with Plaintiff to discuss the

ME1 13674596v.1

redaction of any such confidential settlement information. In this regard, the attached proposed form of order contemplates that Plaintiff will file a public version of the Complaint within seven (7) days of the filing of the Defendants' Answer or other response to the Complaint pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

    WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to file and maintain its Complaint under seal until seven (7) days following the filing of Defendants' Answer or response to the Complaint.

Dated: June 20, 2012          McCARTER & ENGLISH, LLP

                                  /s/ Daniel M. Silver
                                  Michael P. Kelly (#2295)
                                  Daniel M. Silver (#4758)
                                  Renaissance Centre
                                  405 N. King Street, 8th Floor
                                  Wilmington, DE 19801
                                  Tel: (302) 984-6300
                                  Fax: (302) 984-6399
                                  *mkelly@mccarter.com*
                                  *dsilver@mccarter.com*

                                  Attorneys for Plaintiffs

Of Counsel:

Nicholas N. Kallas
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

# LOCAL RULE 7.1.1. CERTIFICATION

Counsel for Plaintiff has not conferred with counsel for Defendants prior to filing the foregoing motion, because Defendants have not yet been served and their counsel has not been confirmed. As contemplated in the Proposed Form of Order, with respect to this Motion and the filing of a public version of the Complaint, Plaintiff's counsel will meet and confer with the Defendants' counsel once they have been identified.


Dated: June 20, 2012                McCARTER & ENGLISH, LLP


                                    /s/ Daniel M. Silver
                                    Daniel M. Silver (#4758)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| LTS LOHMANN THERAPIE-SYSTEME AG, | : | |
| Plaintiff, | : | |
| v. | : | |
| WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., | : | Case No. _____ |
| Defendants. | : | |

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2012, that Plaintiff's Motion for Leave to File Complaint Under Seal is GRANTED; and

IT IS HEREBY FURTHERED ORDERED that Plaintiff shall file a public version of the Complaint within seven (7) days of the filing of Defendants' Answer or other response to the Complaint as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
UNITED STATES DISTRICT JUDGE

ME1 13674596v.1

# CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on June 20, 2012, true and correct copies of the foregoing Motion were caused to be served upon Defendants in the following manner:

**By First Class U.S. Mail**

Watson Laboratories, Inc.
Morris Corporate Center III
400 Interpace Parkway
Parsippany, New Jersey 07054

Watson Pharma, Inc.
Morris Corporate Center III
400 Interpace Parkway
Parsippany, New Jersey 07054

Watson Pharmaceuticals, Inc.
Morris Corporate Center III
400 Interpace Parkway
Parsippany, New Jersey 07054

/s/ Daniel M. Silver
Daniel M. Silver (#4758)