IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

LTS LOHMANN THERAPIE-SYSTEME AG,

    Plaintiff,

v.

WATSON LABORATORIES, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,

    Defendants.

Case No. 12-778

---

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED this 20th day of June, 2012, that Plaintiff's Motion for Leave to File Complaint Under Seal is GRANTED; and

IT IS HEREBY FURTHERED ORDERED that Plaintiff shall file a public version of the Complaint within seven (7) days of the filing of Defendants' Answer or other response to the Complaint as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
UNITED STATES DISTRICT JUDGE

ME1 13674596v.1